The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> BIAMP SYSTEMS, LLC and CREATION NETWORKS, INC., <br><br> Defendants. | Case No. 2:24-cv-01807-RSL <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This matter is before the Court on Biamp Systems, LLC's Unopposed Motion for an Extension of Time to file its answer. The Court being fully apprised in the premises, it is hereby:

ORDERED that Biamp Systems, LLC's Motion is hereby GRANTED; Biamp Systems, LLC has up to and including January 17, 2025 in which to file their answer.

Dated this 3rd day of January, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Dallas DeLuca*
MARKOWITZ HERBOLD PC

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME - 1**
**Case No. 2:24-cv-01807-RSL**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

1  Dallas DeLuca, WSBA #45948
   DallasDeLuca@MarkowitzHerbold.com
2  1455 SW Broadway, Suite 1900
3  Portland, OR  97201
   Telephone: (503) 295-3085
4
   KATTEN MUCHIN ROSENMAN LLP
5
6  Terence P. Ross (*pro hac vice* forthcoming)
   terence.ross@katten.com
7  Sean Wooden (*pro hac vice* forthcoming)
   sean.wooden@katten.com
8  1919 Pennsylvania Ave., NW, Suite 800
   Washington, D.C. 20006
   Phone: (202) 625-3500
9
10 *Attorneys for Defendant Biamp Systems, LLC*

2246837.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME - 2**
**Case No. 2:24-cv-01807-RSL**