The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> BIAMP SYSTEMS, LLC and CREATION NETWORKS, INC., <br><br> Defendants. | Case No. 2:24-cv-01807-RSL <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This matter is before the Court on Biamp Systems, LLC's Unopposed Motion for an Extension of Time. The Court being fully apprised in the premises, it is hereby:

ORDERED that Biamp Systems, LLC's Motion is hereby GRANTED; Biamp Systems, LLC and Creation Networks, Inc. have up to and including January 31, 2025 in which to file their respective answers, and the parties have up to and including February 4, 2025 for the FRCP 26(f) Conference; February 10, 2025 to file Initial Disclosures Pursuant to FRCP 26(a)(1); and February 17, 2025 in which to file the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f).

Dated this 17th day of January, 2025.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME - 1
Case No. 2:24-cv-01807-RSL

Markowitz Herbold PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085

1  Presented by:

2  *s/ Dallas DeLuca*

3  MARKOWITZ HERBOLD PC
   Dallas DeLuca, WSBA #45948

4  DallasDeLuca@MarkowitzHerbold.com
   1455 SW Broadway, Suite 1900

5  Portland, OR  97201
   Telephone: (503) 295-3085

6

7  KATTEN MUCHIN ROSENMAN LLP

8  Terence P. Ross (*pro hac vice* forthcoming)
   terence.ross@katten.com

9  Sean Wooden (*pro hac vice* forthcoming)
   sean.wooden@katten.com

10 1919 Pennsylvania Ave., NW, Suite 800
   Washington, D.C. 20006

11 Phone: (202) 625-3500

12 *Attorneys for Defendant Biamp Systems, LLC*

13 2255722.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME - 2**
**Case No. 2:24-cv-01807-RSL**